**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| Kansas City Southern de Mexico, S.A de C.V.<br><br>Plaintiff,<br><br>vs.<br><br>Luxemborg Trading, LLC<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION NO.: 4:25-cv-2951<br><br>**COMPLAINT** |

Plaintiff, Kansas City Southern de Mexico, S.A. de CV (hereinafter "KCSM") by way of Complaint against defendant Luxemborg Trading, LLC (hereinafter “LT”) says as follows:

**JURISDICTION**

1. The Court obtains jurisdiction in this matter pursuant to 28 U.S.C. § 1337(a) and 49 U.S.C. §10743(a) being a suit for interstate freight and transportation charges. In addition, the Court also has jurisdiction pursuant to 49 U.S.C § 1332 (a) in that the parties are citizens of different states and more than $75,000 is in controversy. Luis Rivera is the owner and sole member of LT who is domiciled in Texas.

**VENUE**

2. Plaintiff, KCSM is a Mexican Corporation is domiciled and whose principal place of business is in Monterrey, N.L. Mexico, and is an international railroad doing business in Texas. Defendant, LT, has its headquarters at 2601 N. Skinner Road, Edinburg, Texas and its principal place of business is in Texas.

## PARTIES

3. Plaintiff KCSM is a Mexican Corporation with a principal place of business at in Monterrey N.L. Mexico and is an international railroad doing business in the State of Texas.

4. Defendant, LT is a Texas Domestic Limited Liability Company doing business at 2601 N. Skinner Road, Edinburg, TX 78542 with a registered agent Irma Isabel Pruneda with an address of 2601 N. Skinner Road, Edinburg, TX. The principal and member of LT is Luis Rivera who is domiciled in the State of Texas.

## UNDERLYING FACTS

5. Plaintiff and its connecting carriers at all times mentioned are common carriers by railroad engaged in interstate commerce and doing business in the United States and Mexico.

6. The subject matter of this action stems from charges assessed under tariffs published by the Plaintiff for freight movement charges and related charges for the movement of freight by rail between Mexico and Texas.

7. During 2023, 2024 and 2025 KCSM provided international rail freight service and list of the rail cars moved and the charges accrued are attached hereto as Exhibit "A.".

8. Pursuant to the applicable tariff there accrued to KCSM charges and interest for these services in the sum of $208,909.09 US Dollars and additional charges of 3,279,135.56 MXN.

9. LT was billed and payment demanded for the services rendered by KCSM to LT from where the invoices have always been disputed and/or paid; however, the defendant has failed and refused to pay or dispute the invoices noted in this Complaint.

**WHEREFORE**, Plaintiff, KCSM demands that judgment be entered in its favor against the defendant, LT in the amount of **$208,909.09 and 3,279,135.56 MXN** on this Complaint plus interest and costs.

DYER & PETERSON, PC
A Professional Corporation
*Attorneys for KCSM*

By: _*s/ John K. Fiorilla*_
John K. Fiorilla, Esq.
322 US Highway 46
Suite 220E
Parsippany, NJ 07054
Phone: 909-792-6851
jfiorilla@dyerpeterson.com

DATED June 25, 2025

EXHIBIT
A

Gerencia de Crédito y Cobranza
ohernandez@cpkcm.mx

| Concepto | Saldo Vencido | Moneda | | Concepto | Saldo Vencido | Moneda |
|---|---|---|---|---|---|---|
| Demoras Frontera | 2,446,988.68 | MXN | | Fletes | 191,945.25 | USD |
| Demoras | 645,697.76 | MXN | | Extra Services | 40,216.01 | USD |
| Extra Service | 186,449.12 | MXN | | Intereses | 13,478.20 | USD |
| | | | | Saldo a Favor | -36,730.37 | USD |
| **T o t a l :** | **3,279,135.56** | **MXN** | | **T o t a l :** | **208,909.09** | **USD** |

**Schedule A – List of Invoices**

| Date Factura | Factura | Total | Moneda |
|---|---|---|---|
| 21/12/2023 | FP337928 | 57,032.56 | MXN |
| 21/12/2023 | FP337929 | 17,474.24 | MXN |
| 21/12/2023 | FP337930 | 17,474.24 | MXN |
| 21/12/2023 | FP337931 | 17,474.24 | MXN |
| 21/12/2023 | FP337932 | 17,474.24 | MXN |
| 21/12/2023 | FP337933 | 17,474.24 | MXN |
| 21/12/2023 | FP337934 | 17,474.24 | MXN |
| 21/12/2023 | FP337935 | 17,474.24 | MXN |
| 21/12/2023 | FP337936 | 17,474.24 | MXN |
| 21/12/2023 | FP337937 | 17,474.24 | MXN |
| 21/12/2023 | FP337938 | 17,474.24 | MXN |
| 21/12/2023 | FP337939 | 17,474.24 | MXN |
| 21/12/2023 | FP337940 | 17,474.24 | MXN |
| 21/12/2023 | FP337941 | 17,474.24 | MXN |
| 21/12/2023 | FP337942 | 17,474.24 | MXN |
| 21/12/2023 | FP337943 | 17,474.24 | MXN |
| 21/12/2023 | FP337944 | 17,474.24 | MXN |
| 21/12/2023 | FP337945 | 17,474.24 | MXN |
| 21/12/2023 | FP337946 | 17,474.24 | MXN |
| 21/12/2023 | FP337947 | 17,474.24 | MXN |
| 21/12/2023 | FP337948 | 17,474.24 | MXN |
| 21/12/2023 | FP337949 | 17,474.24 | MXN |

| | | | |
|---|---|---|---|
| 21/12/2023 | FP337950 | 17,474.24 | MXN |
| 21/12/2023 | FP337951 | 17,474.24 | MXN |
| 21/12/2023 | FP337952 | 17,474.24 | MXN |
| 21/12/2023 | FP337953 | 17,474.24 | MXN |
| 21/12/2023 | FP337954 | 17,474.24 | MXN |
| 21/12/2023 | FP337955 | 17,474.24 | MXN |
| 21/12/2023 | FP337956 | 17,474.24 | MXN |
| 21/12/2023 | FP337957 | 17,474.24 | MXN |
| 21/12/2023 | FP337958 | 17,474.24 | MXN |
| 21/12/2023 | FP337959 | 17,474.24 | MXN |
| 21/12/2023 | FP337960 | 17,474.24 | MXN |
| 21/12/2023 | FP337961 | 17,474.24 | MXN |
| 21/12/2023 | FP337962 | 17,474.24 | MXN |
| 21/12/2023 | FP337963 | 51,272.00 | MXN |
| 21/12/2023 | FP337964 | 28,229.76 | MXN |
| 21/12/2023 | FP337965 | 28,229.76 | MXN |
| 21/12/2023 | FP337966 | 28,229.76 | MXN |
| 21/12/2023 | FP337967 | 28,229.76 | MXN |
| 21/12/2023 | FP337968 | 28,229.76 | MXN |
| 21/12/2023 | FP337969 | 22,852.00 | MXN |
| 21/12/2023 | FP337970 | 22,852.00 | MXN |
| 27/12/2023 | FP338196 | 8,737.12 | MXN |
| 25/01/2024 | FP340084 | 39,750.88 | MXN |
| 25/01/2024 | FP340085 | 39,750.88 | MXN |
| 25/01/2024 | FP340086 | 39,750.88 | MXN |
| 25/01/2024 | FP340087 | 33,990.32 | MXN |
| 25/01/2024 | FP340088 | 33,990.32 | MXN |
| 25/01/2024 | FP340089 | 39,750.88 | MXN |
| 31/01/2024 | FP340729 | 17,474.24 | MXN |
| 31/01/2024 | FP340730 | 87,371.20 | MXN |
| 15/02/2024 | FP341562 | 39,750.88 | MXN |
| 15/02/2024 | FP341563 | 17,474.24 | MXN |
| 15/02/2024 | FP341564 | 17,474.24 | MXN |
| 15/02/2024 | FP341565 | 17,474.24 | MXN |

| | | | |
|---|---|---|---|
| 15/02/2024 | FP341566 | 17,474.24 | MXN |
| 15/02/2024 | FP341567 | 17,474.24 | MXN |
| 15/02/2024 | FP341568 | 17,474.24 | MXN |
| 15/02/2024 | FP341569 | 17,474.24 | MXN |
| 15/02/2024 | FP341570 | 17,474.24 | MXN |
| 15/02/2024 | FP341571 | 17,474.24 | MXN |
| 15/02/2024 | FP341572 | 17,474.24 | MXN |
| 15/02/2024 | FP341573 | 17,474.24 | MXN |
| 15/02/2024 | FP341574 | 17,474.24 | MXN |
| 15/02/2024 | FP341575 | 17,474.24 | MXN |
| 25/02/2024 | FP342879 | 28,229.76 | MXN |
| 28/02/2024 | FP343057 | 22,852.00 | MXN |
| 25/04/2024 | FP346523 | 17,474.24 | MXN |
| 25/04/2024 | FP346524 | 17,474.24 | MXN |
| 25/04/2024 | FP346525 | 17,474.24 | MXN |
| 25/04/2024 | FP346526 | 17,474.24 | MXN |
| 25/04/2024 | FP346527 | 12,481.60 | MXN |
| 25/04/2024 | FP346528 | 12,481.60 | MXN |
| 25/04/2024 | FP346529 | 12,481.60 | MXN |
| 25/04/2024 | FP346530 | 12,481.60 | MXN |
| 25/04/2024 | FP346531 | 12,481.60 | MXN |
| 25/04/2024 | FP346532 | 12,481.60 | MXN |
| 18/06/2024 | FP349701 | 68,553.68 | MXN |
| 24/06/2024 | FP349784 | 22,852.00 | MXN |
| 24/06/2024 | FP349785 | 22,852.00 | MXN |
| 24/06/2024 | FP349786 | 22,852.00 | MXN |
| 24/06/2024 | FP349787 | 22,852.00 | MXN |
| 24/06/2024 | FP349788 | 22,852.00 | MXN |
| 24/06/2024 | FP349789 | 22,852.00 | MXN |
| 24/06/2024 | FP349790 | 28,229.76 | MXN |
| 24/06/2024 | FP349791 | 22,852.00 | MXN |
| 24/06/2024 | FP349792 | 22,852.00 | MXN |
| 24/06/2024 | FP349793 | 22,852.00 | MXN |
| 24/06/2024 | FP349794 | 22,852.00 | MXN |

| | | | |
|---|---|---|---|
| 24/06/2024 | FP349795 | 22,852.00 | MXN |
| 24/06/2024 | FP349796 | 22,852.00 | MXN |
| 24/06/2024 | FP349797 | 22,852.00 | MXN |
| 24/06/2024 | FP349798 | 28,229.76 | MXN |
| 24/06/2024 | FP349799 | 22,852.00 | MXN |
| 24/06/2024 | FP349800 | 22,852.00 | MXN |
| 12/09/2024 | FP354788 | 230,666.00 | MXN |
| 26/02/2025 | FP364831 | 55,896.92 | MXN |
| | **Saldo Vencido:** | **2,446,988.68** | **MXN** |

| | | | |
|---|---|---|---|
| 15/04/2024 | FP345748 | 266,073.84 | MXN |
| 24/06/2024 | FP349783 | 379,623.92 | MXN |
| | **Saldo Vencido:** | **645,697.76** | **MXN** |

| | | | |
|---|---|---|---|
| 25/01/2024 | CC1637276 | 33,899.84 | MXN |
| 13/02/2024 | CC1637713 | 152,549.28 | MXN |
| | **Saldo Vencido:** | **186,449.12** | **MXN** |

| | | | |
|---|---|---|---|
| 29/11/2024 | FP359872 | 205.29 | USD |
| 18/10/2024 | CC1642860 | 20,239.68 | USD |
| 20/10/2024 | CC1642929 | 9,651.20 | USD |
| 20/10/2024 | CC1642940 | 10,119.84 | USD |
| | **Saldo Vencido :** | **40,216.01** | **USD** |

| | | | |
|---|---|---|---|
| 31/01/2024 | MY10338333 | 3,034.79 | USD |
| 31/01/2024 | MY10338333 | 24,480.64 | USD |
| 31/01/2024 | MY10338334 | 41,273.15 | USD |
| 20/07/2024 | MY10644175 | 2,823.06 | USD |
| 14/08/2024 | MY10720916 | 2,804.80 | USD |
| 14/08/2024 | MY10720917 | 2,821.40 | USD |
| 13/10/2022 | MY8697990 | 13,262.28 | USD |
| 13/10/2022 | MY8697990 | 33,524.00 | USD |
| 19/12/2023 | MY10118903 | 6,926.65 | USD |
| 02/03/2024 | MY10268563 | 7,566.00 | USD |

| | | | |
|---|---|---|---|
| 02/03/2024 | MY10268563 | 33,714.00 | USD |
| 18/04/2024 | MY10399824 | 16,161.12 | USD |
| 18/04/2024 | MY10399824 | 3,553.36 | USD |
| | **Saldo Vencido:** | **191,945.25** | **USD** |

| | | | |
|---|---|---|---|
| 21/11/2024 | RF303915 | 3,394.60 | USD |
| 11/12/2024 | RF304444 | 3,285.11 | USD |
| 15/01/2025 | RF304883 | 3,394.60 | USD |
| 10/02/2025 | RF305354 | 3,403.89 | USD |
| | **Saldo Vencido:** | **13,478.20** | **USD** |

| | | | |
|---|---|---|---|
| 08/11/2023 | | (24,787.16) | USD |
| 08/11/2023 | SDOFAVORXMY89831 | (11,943.21) | USD |
| | | **(36,730.37)** | **USD** |